# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>XING-FANG HUANG, ZHI-FANG )<br>HAN and GUANG-HE LIU, )<br>on behalf of themselves and on )<br>behalf of others similarly situated, )<br> )<br>    Plaintiffs, )<br>v. )<br> )<br>DGC RESTAURANT INC., d/b/a )<br>FENG SHUI ASIAN CUISINE, )<br>STEPHEN Z.X. DONG, )<br>and XIAOMEI GUAN, )<br> )<br>    Defendants. )<br>_____) | Civil Action No. 14-10096-JGD |

## PLAINTIFFS' MOTION FOR A MANDATORY AWARD OF COSTS AND ATTORNEYS' FEES PURSUANT TO 29 U.S.C. § 216(b)

Plaintiffs move for an award of costs and attorneys' fees as mandated by the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA") in the amount of $37,533.83.

Plaintiffs prevailed in this action and thus such an award is mandatory under the FLSA. In further support of this motion, Plaintiffs submit the attached Memorandum of Law and supporting exhibits.

RESPECTFULLY SUBMITTED,
**For Plaintiffs**
By their attorneys,


 /s/ Myong J. Joun
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 /s/ Jeffrey Wiesner
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

Dated: July 29, 2014

<u>**CERTIFICATE OF CONFERENCE
PURSUANT TO L.R. 7.1(A)(2)**</u>

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the defendant in an attempt to resolve the issue that is the subject of the accompanying motion.

Date: 7/29/2014      /s/ Myong J. Joun
                            Myong J. Joun

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 7/29/2014    /s/Myong J. Joun
                          Myong J. Joun

2